UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------x
ERICA WARD PETERS,

    Plaintiff,

  - against -

INTERNATIONAL HOUSE OF PANCAKES,
RAFAEL ULLOA and MR. STAX,

    Defendants.
---------------------------------------x

Case No. 05-CV-2554 (ARR)(LB)

**STIPULATION OF DISMISSAL**

IT IS STIPULATED and agreed by and between the undersigned, *pro se* plaintiff Erica Ward-Peters and counsel for the defendants, that pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, this action is dismissed with prejudice and without costs, etc. to any party.

Dated: December 12, 2005

Erica Ward-Peters
Pro Se Plaintiff
109 Christopher Avenue, Apt. 2B
Brooklyn, New York 11212

WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP

By: James F. O'Brien (JFO-6722)
Attorneys for Defendants
3 Gannett Drive
White Plains, New York 10604
(914) 323-7000
File No. 09130.00001

So Ordered:

_____ 12/16/05
U.S.D.J.
cc: Judge Bloom

1035137.1